# Corson (Agent) v. Sullivan.

Where the record does not disclose the plaintiff's agency, and the summons is not served according to law, judgment will be reversed.

Where the record does not show the character of the claim, or a demand based upon a contract within the jurisdiction of a Justice, nor the date upon which the judgment was rendered, judgment will be reversed.

CERTIORARI—AGENCY—IMPROPER SERVICE UNDER ACT OF JULY 9, 1901, SECS. 1 AND 16—OMISSION OF DATE IN JUDGMENT.

No. 37, December Term, 1902, C. P. of Montgomery County.
Edwin S. Nyce, Esq., Attorney for defendant in error.
Henry Freedley, Esq., Attorney for plaintiff in error.
Opinion by WEAND, J.

## EXCEPTIONS:

1. The record does not show for whom the reputed plaintiff is agent.

2. The record shows that the summons in said case was not served according to law.

3. The record does not show the character of the claim or show a demand based upon a contract within the jurisdiction of the Justice.

4. The record does not show the date upon which judgment was entered.

Nov. 13, 1902, exceptions sustained and proceedings reversed.                    By the Court.